UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-01848 |
| | ) | |
| STEVIE WEBSTER-THOMAS, | ) | Chapter: 7 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER DISMISSING CASE PURSUANT TO
MOTION TO DISMISS DEBTOR WITH NOTICE UNDER LOCAL RULE 2002-1**

THIS MATTER COMING ON TO BE HEARD on Motion to Dismiss Debtor with Notice Under Local Rule 2002-1 (the "Motion") of Frances Gecker (the "Trustee"), not individually, but in her capacity as Chapter 7 Trustee of the bankruptcy estate of STEVIE WEBSTER-THOMAS (the "Debtor"), seeking an order authorizing her to dismiss the above-captioned proceeding; due written notice of the Motion having been provided to all parties entitled thereto; no objection to the Motion having been raised; and this Court being well advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted;

2. The Debtor's Chapter 7 case is dismissed for failure to attend three scheduled Section 341 meetings; and

3. Any Order of Discharge entered in the interim is hereby vacated.

Enter:   */s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  June 25, 2018

**Prepared by:**

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)